**In The**
**UNITED STATES COURT OF APPEALS**
**For the Eighth Circuit**
**C.A. No. 24-1964**

UNITED STATES OF AMERICA,
Plaintiff-Appellee

v.

MICHAEL FRANCIS HAMER
Defendant-Appellant.

———————————————————————————————

MOTION TO WITHDRAW AND FOR 28-DAY
EXTENSION FOR APPELLANT TO FILE
PRO SE PETITION FOR REHEARING

———————————————————————————————

Comes now, Lee R. Johnson, attorney for Appellant Michael Francis Hamer, in accordance with Rule 27(a), Fed. R. App. P., and moves this court, pursuant to the Amendment to Part V of Plan to Implement the Criminal Justice Act of 1964, to withdraw as counsel for Mr. Hamer, on the grounds that counsel, after reviewing the entirety of the record and otherwise serving as Mr. Hamer's counsel, has determined there are no reasonable grounds upon which to file a petition for rehearing for panel rehearing or rehearing en banc, nor are there reasonable grounds to file a petition for writ of certiorari with the United States Supreme Court.

Counsel certifies that he has advised Mr. Hamer that he has determined there are not reasonable grounds to support a petition for rehearing with this Court or to petition for a writ of certiorari with the United States Supreme Court.

Counsel further certifies that he has advised Mr. Hamer of the procedures for filing *pro se* a timely petition for rehearing. Counsel has also advised Mr. Hamer of the procedures for filing pro se a timely petition for writ of certiorari with the United States Supreme Court.

Counsel further moves for a 28-day extension for Mr. Hamer to file a *pro se* petition for rehearing.

WHEREFORE, Counsel for Appellant Michael Francis Hamer respectfully requests that this Court grant his motion to Withdraw as Counsel in the instant appeal and that it grant his motion to give Mr. Hamer a 28-day extension to file a pro se petition for rehearing.

## CERTIFICATE OF COMPLIANCE

The undersigned attorney for the Defendant/Appellant certifies that the preceding Motion complies with the type-volume limitation of Federal Rule of Appellate Procedure 32. The Motion, including certificates of service and compliance, has 551 words proportionally

spaced. The motion was prepared using Microsoft Word 365. The undersigned attorney also certifies that the Motion has been scanned for viruses and to the best of his knowledge, ability and technology, believes it is virus-free.

Respectfully Submitted,

**JOHNSON & GREENBERG, PLLP**

Dated: July 3, 2025.

/s/ Lee R. Johnson
Lee R. Johnson #189935
5775 Wayzata Boulevard
Suite 700
St. Louis Park, MN 55416
(952) 545-1621
*lrjohnsonslp@gmail.com*

Attorney for Appellant
Michael Francis Hamer

**CERTIFICATE OF SERVICE**

I hereby certify that on July 3, 2024, I electronically filed the foregoing with the Clerk of Court for the United States Court of Appeals for the Eighth Circuit by using the CM/ECF system and that the CM/ECF service will send an e-notice to all ECF participants, including the attorney for the Plaintiff, **Assistant United States Attorney Nathan Nelson.**

I further certify that I caused a copy of the foregoing documents and the notice of electronic filing to be mailed by first class mail, postage paid to the following non-ECF participants:

MR. MICHAEL HAMER
Register Number: 12566-510
FMC ROCHESTER
FEDERAL MEDICAL CENTER
P.O. BOX 4000
ROCHESTER, MN 55903

Dated: July 3, 2025.

/s/ Lee R. Johnson
Lee R. Johnson #189935
5775 Wayzata Boulevard
Suite 700
St. Louis Park, MN 55416
(952) 545-1621
lrjohnsonslp@gmail.com

Attorney for Appellant
Michael Francis Hamer